

### IN THE COURT OF CRIMINAL APPEALS
### OF TEXAS

### NO. PD-0159-22

### THE STATE OF TEXAS, Appellant

### v.

### JESUS ALBERTO GUZMAN CURIPOMA, Appellee

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE THIRD COURT OF APPEALS
### TRAVIS COUNTY

*Per curiam.*

### O R D E R

The Court grants discretionary review on the single ground raised in the Kinney County Attorney's petition. In addition, the Court grants review on its own motion on the following questions: (1) whether the Kinney County Attorney was authorized to file a State's appeal from the habeas proceedings in Travis County, and (2) whether the Kinney County Attorney was authorized to file a petition for discretionary review. In this case, the court of appeals concluded that the Travis County District Attorney was the proper representative of the State in the proceedings below. Accordingly, the Travis County District Attorney shall also file a

brief.

The briefs from the Kinney County Attorney and the Travis County District Attorney are due within thirty days of the date of this order. Appellee's brief is due thirty days after the timely filing of the Kinney County Attorney's brief. Oral argument will not be permitted.

The Clerk of this Court will send copies of this order to the Court of Appeals for the Third District, the State Prosecuting Attorney, the Kinney County Attorney, and the Travis County District Attorney.

Filed: June 22, 2022

Do not publish